NATHAN H. MENDELL *vs.* CHARLES T. BONNEY.

If the sum for which a part owner of a vessel is liable for outfits has been balanced upon the ship's books, with the consent of all the parties, by charging the same to a firm of which he was a member, a purchaser of his interest in the vessel will take it, discharged of the lien upon his share of the proceeds of the voyage.

CONTRACT brought by the owner of a share of a whaling schooner against the agent of the vessel and her owners, to recover his share of the proceeds of a voyage. The only question was, whether the defendant, as agent of the schooner and her owners, or as assignee in insolvency of Loring Meigs & Co., had a right of lien upon the plaintiff's share of the proceeds, under agreed facts, which are sufficiently stated in the opinion. Judgment was rendered in the superior court for the plaintiff, and the defendant appealed to this court.

*R. C. Pitman*, for the defendant.

*T. M. Stetson*, for the plaintiff.

CHAPMAN, J. Caleb King, from whom the plaintiff purchased his interest in the schooner, was originally liable for his share of the outfits; and it was charged to him on the books of the owners, kept by their agents. But the agents balanced the account, by charging it over to the firm of L. Meigs & Co., of which King was a member, and crediting King with the amount. The firm of L. Meigs & Co. credited it to the account of the vessel, and charged it on their books to King. By these transfers, made by consent of parties and in good faith, th original debt against King was discharged, and the lien on hi share of the ship, by which the debt was secured, was discharged also. He was thus enabled to sell to the plaintiff free from the incumbrance; and the plaintiff is entitled to his share of the proceeds. *Judgment for the plaintiff affirmed.*